UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ALLSTATE LIFE INSURANCE COMPANY,

    Plaintiff,

v.                                            CASE NO: 8:06-cv-761-T-23TGW

DORIS CAFFERATA, et al.,

    Defendants.
_____/

### ORDER

The plaintiff moves (Doc. 15) for leave to deposit approximately $700,000.00 in annuity proceeds into the court's registry pending a final judgment in this action. The motion (Doc. 15) is **GRANTED**. Pursuant to Local Rule 4.16, the Clerk is directed to deposit the funds in a special, interest-bearing account.

Leon Schwartz ("Schwartz") moves (Doc. 19) to dismiss or stay this case pending resolution of a previously filed state court action. The motion is **DENIED** as premature. Schwartz may renew his motion to stay the case following an appropriate judgment of interpleader and discharge of the plaintiff.

ORDERED in Tampa, Florida, on June 26, 2006.

                                                              STEVEN D. MERRYDAY
                                                UNITED STATES DISTRICT JUDGE

cc:    US Magistrate Judge
        Courtroom Deputy